UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RICHIE JONES,
    Plaintiff,

vs.                                            Case No.: 3:20cv5532/MCR/EMT

ANDREW SAUL,
    Defendant.
                                           /

## REPORT AND RECOMMENDATION

This action was initiated under the Social Security Act to obtain judicial review of Defendant's final decision denying Plaintiff's claims for Disability Insurance Benefits and Supplemental Security Income (ECF No. 1). Before the court is Defendant's "Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g) with Reversal and Remand of the Cause to the Defendant" (ECF No. 20). Defendant has certified Plaintiff has no objection to the motion (*id.* at 1).

Sentence four of section 405(g) states that "[t]he court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." 42 U.S.C. § 405(g). Here, the Commissioner requests remand for reevaluation of "the persuasiveness of Nurse Marcia Binion's opinion under 20 C.F.R. §§ 404.1520c, 416.920c, including

providing specific discussion of the factors of consistency and supportability; obtain supplemental evidence from a vocational expert if needed; and issue a new decision" (ECF No. 20 at 3–4).   Based on the foregoing, the court concludes good cause has been shown for remand.

Accordingly, it is respectfully **RECOMMENDED**:

1. That Defendant's unopposed "Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g) with Reversal and Remand of the Cause to the Defendant" (ECF No. 20) be **GRANTED** and this action reversed and remanded to the Commissioner for further proceedings consistent with this Report and Recommendation.

2. That **JUDGMENT** be entered in favor of Plaintiff under Fed. R. Civ. P. 58, **REVERSING** the Commissioner's decision pursuant to sentence four of 42 U.S.C. § 405(g) and **REMANDING** the case for further administrative proceedings.

3. That the Clerk be directed to close the file.

At Pensacola, Florida, this 26th day of March 2021.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

Case No.: 3:20cv5532/MCR/EMT

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation.** *Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.* **An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**