# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

RICHIE JONES,

    Plaintiff,

v.                                      CASE NO. 3:20cv5532-MCR-EMT

ANDREW SAUL,

    Defendant.
_____/

# **O R D E R**

The chief magistrate judge issued a Report and Recommendation on March 26, 2021. ECF No. 21. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation, ECF No. 21, is adopted and incorporated by reference in this Order.

2. Defendant's unopposed Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g) with Reversal and Remand of the Cause to the Defendant, ECF No. 20, is **GRANTED**.

3. The clerk of court is directed to enter **JUDGMENT** in favor of Plaintiff under Fed. R. Civ. P. 58, **REVERSING** the Commissioner's decision pursuant to sentence four of 42 U.S.C. § 405(g) and **REMANDING** the case for further administrative proceedings consistent with the Report and Recommendation. ECF No. 21.

3. The clerk of court is directed to close the case.

**DONE AND ORDERED** this 30th day of April 2021.

       *s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**