# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

RICHIE JONES,

    Plaintiff,

v.    CASE NO. 3:20cv5532-MCR-EMT

ANDREW SAUL,
Commissioner of Social Security,

    Defendant.
_____/

## O R D E R

The chief magistrate judge issued a Report and Recommendation on July 7, 2021.  ECF No. 26.  The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The chief magistrate judge's Report and Recommendation, ECF No. 26, is adopted and incorporated by reference in this Order.

Case No. 3:20cv5532-MCR-EMT

2. Plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act, ECF No. 24, is **GRANTED.**

3. Plaintiff is awarded fees in the amount of $2,733.13 for time expended by his counsel in representing him before the United States District Court for the Northern District of Florida pursuant to 28 U.S.C. § 2412 (EAJA). The fee award is subject to an offset to satisfy any qualifying outstanding debt Plaintiff may owe to the United States.

4. If Plaintiff receives all or any portion of the EAJA fee award, it is to be mailed to him in care of his attorney, Walter A. Blakeney, Post Office Box 311167, Enterprise, AL 36331-1167.

5. The clerk of court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 17th day of August 2021.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**